**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| **ELLEN EMBRY**, individually and on behalf of all other similarly situated Missouri citizens,<br><br>           Plaintiff,<br><br>      v.<br><br>**T. MARZETTI CO.**,<br><br>           Defendant. | Case No. 4:19-cv-02785-SEP<br><br>HONORABLE SARAH E. PITLYK |

**DEFENDANT T. MARZETTI CO.'S**
**MOTION TO DISMISS THE CLASS ACTION PETITION**

Defendant T. Marzetti Co. ("Marzetti"), by and through counsel, respectfully moves this Court for an order dismissing Plaintiff's class-action Petition with prejudice pursuant to Fed R. Civ. P. 12(b)(6) for failure to state a claim. In support of the Motion, Defendant relies on its Memorandum in Support of Defendant's Motion to Dismiss the Class Action Petition filed contemporaneously herewith.

Dated: October 12, 2020

Respectfully submitted,

By:   /s/ Ronald Y. Rothstein
      Ronald Y. Rothstein (*pro hac vice*)
      Sean H. Suber (*pro hac vice*)
      Nathan R. Gilbert (*pro hac vice*)
      WINSTON & STRAWN LLP
      35 West Wacker Drive
      Chicago, IL 60601
      Phone: (312) 558-3765
      Fax: (312) 558-5700
      RRothste@winston.com
      SSuber@winston.com
      NRGilbert@winston.com

      *Attorneys for Defendant T. Marzetti Co.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2020 this document was filed

through the Court's CM/ECF system, and thereby served on all Parties of record.

Matthew H. Armstrong (MoBar 42803)
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis, MO 63144
Tel: 314-258-0212
Email: matt@mattarmstronglaw.com

Stuart L. Cochran (MoBar 68659)
STECKLER GRESHAM COCHRAN PLLC
12720 Hillcrest Rd., Ste. 1045
Dallas, TX 75230
Tel: 972-387-4040
Email: stuart@stecklerlaw.com

*Attorneys for Plaintiff and the Putative Class*

By:   /s/ Nathan R. Gilbert
      Nathan R. Gilbert