**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELLEN EMBRY, individually and on behalf of all other similarly situated Missouri citizens, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:19-cv-02785-SEP |
| v. | ) ) | |
| T. MARZETTI CO., | ) ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ellen Embry hereby voluntarily dismisses this action without prejudice. Defendant has not filed an answer or a motion for summary judgment in this matter.

Dated: October 23, 2020    Respectfully Submitted,

      By: */s/ Matthew H. Armstrong*
        Matthew H. Armstrong (MO 42803)
        ARMSTRONG LAW FIRM LLC
        8816 Manchester Rd. No. 109
        St. Louis MO 631444
        Tel: 314-258-0212
        Email: matt@mattarmstronglaw.com

        *Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

*/s/ Matthew H. Armstrong*
Matthew H. Armstrong